IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                Case No. 2:06-CR-265 (3)
                                  JUDGE EDMUND A. SARGUS, JR.

TROY LOCKE,
    Defendant.

## ORDER

On March 23, 2007, Magistrate Judge Kemp issued a *Report and Recommendation* that the plea agreement and plea of guilty should be accepted. The Defendant appeared before the Magistrate Judge and entered a plea of guilty to Counts 1 and 6 of the Indictment.

There have been no objections to the Magistrate Judge's recommendation. Accordingly, the Court **ADOPTS** the recommendation in its entirety.

IT IS SO ORDERED.

6-21-2007
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE